IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARRY HAWKINS, JR., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES PAROLE )<br>COMMISSION and JOE KEFFER, )<br>WARDEN, )<br>)<br>Respondents. ) | Case No. CIV-06-704-M |

## ORDER

On January 30, 2007, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's Amended Petition be denied. The parties were advised of their right to object to the Report and Recommendation by February 20, 2007. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 30, 2007;

(2) DENIES petitioner's Amended Petition [docket no. 9]; and

(3) ORDERS that judgment in favor of respondents issue forthwith.

**IT IS SO ORDERED this 1st day of March, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE